**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Katherine Tramontano,

    Plaintiff,

v.

OhioHealth Corporation,

    Defendant.

Case No. 2:24-cv-3865

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On June 20, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute. ECF No. 15. The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed.

Having received no objections, the R&R is **ADOPTED**. This matter is **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(b), for failure to prosecute. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**